USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-7-10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSIE BECKMAN,

                Plaintiff,

- against -

LOCAL 32BJ, et al.,

                Defendants.

**ORDER**

09 Civ. 8465 (SHS) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

The Court having considered submissions by the Parties, and the pending motions in this case,

**IT IS HEREBY ORDERED THAT**:

(1) Plaintiff's motion to amend (Doc. No. 30) is **DENIED** without prejudice to renew pending the outcome of Defendants' motions to dismiss;

(2) Plaintiff's motion for Klye Jiggetts to represent her is **DENIED**.

**SO ORDERED this 7th day of June 2010**
New York, New York

_____
The Honorable Ronald L. Ellis
United States Magistrate Judge